# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00593-CV

**A. B. a/k/a A. L. B. a/k/a A. B. a/k/a M. S., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-18-005046, THE HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant A.B. a/k/a A.L.B. a/k/a A.B. a/k/a M.S. filed her notice of appeal on August 27, 2019. The appellate record was complete September 10, 2019, making appellant's brief due September 30, 2019. To date, appellant's brief has not been filed.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore, we order counsel to file appellant's brief no later than October 22, 2019. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on October 8, 2019.

Before Justices Goodwin, Baker, and Kelly